

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00350-CV

**IN THE INTEREST OF L.R.C.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01226
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellate Procedure 20.

Appellate counsel's motion to withdraw is DENIED.

SIGNED October 21, 2020.

_____
Beth Watkins, Justice